

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**ROBERT A. COHEN**

robert.cohen@dechert.com
+1 212 698 3501  Direct
+1 212 314 0001  Fax

December 8, 2014

**BY ECF**

Honorable Thomas P. Griesa
United States District Court for
 the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   NML Capital, Ltd. v. The Republic of Argentina
          Nos. 08 Civ. 6978, 09 Civ. 1707, 09 Civ. 1708
      Aurelius Capital Master, Ltd. v. The Republic of Argentina
          Nos. 09 Civ. 8757, 09 Civ. 10620, 10 Civ. 3970, 10 Civ. 8339
      Aurelius Opportunities Fund II, LLC v. The Republic of Argentina
          Nos. 10 Civ. 1602, 10 Civ. 3507
      Blue Angel Capital I LLC v. The Republic of Argentina
          Nos. 10 Civ. 4101, 10 Civ. 4782
      Pablo Alberto Varela v. The Republic of Argentina
          No. 10 Civ. 5338
      Olifant Fund, Ltd. v. The Republic of Argentina
          No. 10 Civ. 9587

Dear Judge Griesa:

This firm represents plaintiff NML Capital, Ltd., and we write on behalf of plaintiffs in all of the above-referenced cases ("Plaintiffs") to provide Your Honor with a copy of a letter dated Friday, December 5, 2014 sent by Plaintiffs to Thomas Hibbert, English counsel for the Euro Bondholders in the U.K. proceedings, and copied to the U.K court and to Your Honor. The letter explains that Plaintiffs are declining to participate in the U.K. proceedings because we believe the U.K. court is not the proper forum to determine matters relating to enforcement of the Equal Treatment Orders issued by this Court and affirmed by the Second Circuit, or matters already before or decided by the U.S. courts.

US  Austin  Boston  Charlotte  Hartford  Los Angeles  New York  Orange County  Philadelphia  Princeton  San Francisco  Silicon Valley
Washington DC   EUROPE  Brussels  Dublin  Frankfurt  London  Luxembourg  Moscow  Munich  Paris   ASIA  Beijing  Hong Kong



Honorable Thomas P. Griesa
December 8, 2014
Page 2

Respectfully,

Robert A. Cohen

Cc: Carmine D. Boccuzzi, Jr. (via ecf)
Christopher J. Clark, Esq. (via ecf)
Eric A. Schaffer, Esq. (via ecf)