| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

**Davis Polk**

**Karen E. Wagner**

Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY 10017

212 450 4404 tel  
212 701 5404 fax  
karen.wagner@davispolk.com

March 17, 2015

Re: *NML Capital, Ltd. v. Republic of Argentina*, Nos. 08 Civ. 6978 (TPG), 09 Civ. 1707 (TPG), 09 Civ. 1708 (TPG);

*Aurelius Capital Master, Ltd. and ACP Master, Ltd. v. Republic of Argentina*, Nos. 09 Civ. 8757 (TPG) and 09 Civ. 10620 (TPG);

*Aurelius Opportunities Fund II, LLC and Aurelius Capital Master, Ltd. v. Republic of Argentina*, Nos. 10 Civ. 1602 (TPG), 10 Civ. 3507 (TPG), 10 Civ. 3970 (TPG) and 10 Civ. 8339 (TPG);

*Blue Angel Capital I LLC v. Republic of Argentina*, Nos. 10 Civ. 4101 (TPG) and 10 Civ. 4782 (TPG);

*Olifant Fund, Ltd. v. Republic of Argentina*, No. 10 Civ. 9587 (TPG); and

*Pablo Alberto Varela, et al. v. Republic of Argentina*, No. 10 Civ. 5338 (TPG).

Hon. Thomas P. Griesa  
United States District Judge  
U.S. District Court for the Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, New York 10007

Dear Judge Griesa:

We write to advise Your Honor that, in view of recent developments, set forth below, Citibank has determined to have its Argentine branch, Citibank Argentina, develop, and execute, a plan to exit the custody business in Argentina as soon as possible.

Citibank has made this decision now in light of (1) the Court's March 12, 2015 Order and its denial yesterday of Citibank's application to stay that Order to permit Citibank to process the March 31 payment to its custodial customers owning Argentine Law Bonds, and (2) the Republic's renewed threat to strip Citibank of its banking license in Argentina and to impose criminal, civil and administrative sanctions, reiterated on March 13 and March 16, 2015.

Consistent with our commitment to be fully transparent with the Court, we wanted to advise Your Honor immediately of Citibank's intention to have Citibank Argentina exit the custody business—and, on that basis, to renew Citibank's application for a limited stay and to request a conference at the Court's earliest convenience to discuss the issues that have arisen in the wake of the Court's March 12, 2015 Order.

As you are aware, since May 2013, Citibank has undertaken to determine its obligations under the Court's Injunction. Citibank, whose branch in Argentina acts as a custodian for customers holding

Honorable Thomas P. Griesa						2							March 17, 2015

only approximately 25% of the Argentine Law Bonds, was the only entity to seek a determination of its legal obligations.  Since doing so, Citibank has been repeatedly subjected to the imminent threat of loss of its license in Argentina and criminal, civil and administrative sanctions by the Republic, its regulators and its customers.  The imminent nature of these risks was emphatically confirmed by the Republic in a press release on March 13, 2015 and again yesterday in a letter from the Ministry of Economy and Public Finance to Citibank Argentina dated March 16, 2015 (a copy of which is attached, with an unofficial translation, as Exhibit A hereto).  The letter from the Republic requires Citibank Argentina to respond (within 48 hours) indicating whether it intends to comply with Argentine law with respect to the processing of the March 31 payment.

The precise manner by which Citibank Argentina will exit the custody business has yet to be finally determined, but it may include the sale of certain portions of the custody business or termination of account relationships with notice to its customers.  Upon exiting the custody business, Citibank Argentina will no longer have any role in custodying any securities, including the Argentine Law Bonds, in Argentina for any client.

We respectfully request that the Court hold a conference at the earliest possible time to address these recent developments and to discuss the issues that have arisen in the wake of the Court's March 12, 2015 Order.

Very respectfully yours,


/s/ Karen E. Wagner
Karen E. Wagner

By ECF
cc:	All counsel of record (via ECF)